**Opinion issued April 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00226-CV

_____

**ERICA ARNEZ JACKSON, Appellant**

**V.**

**STANLEY CHARLES JACKSON, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. 25-FD-0597**

---

## MEMORANDUM OPINION

Appellant, Erica Arnez Jackson, has filed a motion for voluntary dismissal of this appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.